**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAWAD ABDELAZIZ | : | CIVIL ACTION NO.: |
| *Plaintiff* | : | 1:24-cv-05787 (ALC) |
| | : | |
| v. | : | |
| | : | |
| SCHWEIGER DERMATOLOGY GROUP | : | |
| ERIC SCHWEIGER, AND FRANK PESCE | : | |
| *Defendants* | : | October 3, 2024 |

## MOTION TO SUBSTITUTE A PARTY
## PURSUANT TO FED. R. CIV. P. RULE 17

    The Plaintiff, Jawad Abdelaziz (the "Plaintiff"), by and through its undersigned counsel, pursuant to Fed. R. Civ. P. Rule 17 respectfully moves to substitute "SDG MGMT Company, LLC" as the corporate defendant and terminate Schweiger Dermatology Group from this proceeding as:

    1.    The substitution of the parties is a mere formality and in no way alters the original complaint's factual allegations as to the events or participants;

    2.    No parties will be prejudiced by the granting of this motion; and

    3.    The Defendants' Counsel has consented to such substitution.

    WHEREFORE, for the foregoing reasons, and those set forth in the accompanying Memorandum of Law in Support of this motion, the Plaintiff respectfully requests that the Court should grant the substitution of SDG MGMT Company, LLC for

1

Schweiger Dermatology Group in this action and that Schweiger Dermatology Group be terminated from the action as of the granting of this motion.

    Respectfully submitted,
    For the Plaintiff

    _/s/ Ricardo A. Salmon_

    Ricardo A. Salmon, rs1906
    850 Clark Street, #1617
    South Windsor, CT 06074
    Phone: (860) 375-4781
    Fax: (860) 899-1019
    E-Mail: RicardoSalmonESQ@gmail.com

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 12, 2024
New York, NY

## **CERTIFICATION**

I hereby certify that on October 3, 2024, a copy of the foregoing **MOTION TO SUBSTITUTE A PARTY PURSUANT TO FED. R. CIV. P. RULE 17** was filed electronically according to the Federal Rules of Civil Procedure and served by mail on anyone unable to accept electronic filing, including to all attorneys and self-represented parties of record and to all parties who have not appeared in this matter and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery in accordance with applicable Federal and Local Rules. Parties may access this filing through the Court's system.

**Service to:**

Lee N. Jacobs, Esq.
Shawn Chowdhury, Esq.
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, NY 10020
212-784-5836

Email: LJacobs@barclaydamon.com
Email: SChowdhury@barclaydamon.com

Ricardo A. Salmon, rs1906
850 Clark Street, #1617
South Windsor, CT 06074
Phone: (860) 375-4781
Fax: (860) 899-1019
E-Mail: RicardoSalmonESQ@gmail.com

3