UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
JAWAD ABDELAZIZ,

                              **Plaintiff,**

            -against-                       1:24-cv-05787 (ALC)

SDG MGMT COMPANY, LLC, ERIC          **ORDER**
SCHWEIGER, and FRANK PESCE,

                              **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

        On December 06, 2024, Defendants filed a letter with this Court requesting a pre-motion conference on a proposed motion to dismiss the Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6). ECF No. 22. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiff is **ORDERED** to respond to the Defendants' letter motion by **December 17, 2024** indicating its position.

**SO ORDERED.**

**Dated:  December 16, 2024**
           New York, New York

                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**