MEMO ENDORSED



**BARCLAY DAMON** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/23/2024

**Shawn R. Chowdhury**
*Associate*

December 20, 2024

The Hon. Andrew L. Carter Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

  Re: *Abdelaziz V. Schweiger Dermatology Group Et
     Al.* 1:24cv5787 - Request for Extension of Time
     to File Opening Brief

Dear Judge Carter:

  This office represents the Defendant in the above-referenced matter.  We write to
respectfully request a three-week extension of the deadline to submit our opening brief, currently
due on January 9, 2025, pursuant to ECF No. 25, dated December 19, 2024. If granted, the new
deadline would be January 30, 2025, with all subsequent deadlines adjusted accordingly.

  This extension is necessary due to the considerable time required to draft an effective
brief, our firm's concurrent commitments to multiple FLSA matters, and the upcoming holiday
season. We believe the additional preparation time will allow us to adequately represent our
client and advance the resolution of this matter. This Court has previously granted two
extensions, as reflected in ECF Nos. 15 and 20.

  We have conferred with opposing counsel, Mr. Ricardo Salmon, Esq., who has confirmed
that all parties consent to this request. Accordingly, we respectfully request that an extension be
granted. We believe this would serve the best interests of both parties in advancing toward a fair
resolution.

  Should the Court require any further information or clarification, please do not hesitate to
contact us. Thank you very much for your attention and consideration.

       Very truly yours,

       */s/ Shawn R. Chowdhury*

       Shawn R. Chowdhury

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
December 23, 2024
New York, NY

SRC:

1270 Avenue of the Americas - Suite 501 - New York, New York 10020 barclaydamon.com
schowdhury@barclaydamon.com  Direct: (212) 784-5834  Fax: (212) 784-5783
Also Admitted in Connecticut