**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAWAD ABDELAZIZ,

                              Plaintiff,                                              **24 Civ. No. 5787 (ALC) (GS)**

              -against-

                                                                                     **VIDEO STATUS**
SDG MGMT COMPANY, LLC,                                                                **CONFERENCE ORDER**

                              Defendant.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Video Status Conference on **Tuesday, February 24, 2026**

**at 3:00 p.m.**  The parties are directed to join the conference via Microsoft Teams at the

scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [231 461**

**083 572 5]  Passcode: [Jf7c3o2q]**

        **SO ORDERED.**

DATED:        New York, New York
              February 9, 2026

                                                        _____
                                                        The Honorable Gary Stein
                                                        United States Magistrate Judge